# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amie L. Naradko aka Amie Naradko<br>            Debtor | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION<br>            Movant<br>    vs.<br>Amie L. Naradko aka Amie Naradko<br>            Debtor | NO. 18-14427 ELF |
| Scott Waterman Esq.<br>            Trustee | 11 U.S.C. Section 362 |

## ORDER

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 4253 Howertown Road, Northampton, PA 18067 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Date: 7/26/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**