**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     Amie L. Naradko          :     No.18-14427ELF
           Debtor.              :     CHAPTER 13

**ADDENDUM TO CHAPTER 13 PLAN DATED June 25, 2019**

Debtor's Amended Plan dated June 25, 2019, is here by amended, as follows:

§ 2(a)(2) Amended Plan:
Total Base Amount to be paid to the Chapter 13 Trustee ("Trustee") $35,552.97.
    The Plan payments by Debtor shall consists of the total amount previously paid ($3,163.96) added to the new monthly Plan payments in the amount of $689.12 beginning July 1, 2019 and continuing for 47 months.


Dated: 8/16/19                              /s/ Amie L. Naradko
                                               Signature of Debtor


/s/Everett Cook
Signature of Attorney