# UNITED STATES BANKRUPCTY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Amie L. Naradko : | Chapter 13 |
| | Debtors. : | No: 18-14427ref |
| | : | |

## NOTICE

To the Debtor, all creditors, Interim Trustee, U.S. Assistant Trustee and parties in interest, Notice is given:

That Everett Cook, Esquire, Counsel for Debtor(s), has filed an Application with the Court requesting approval of his fees in the total amount of FOUR THOUSAND EIGHT HUNDRED FIFTY ONE AND 67/100 DOLLARS ($4,851.67) and expenses in the amount of ONE HUNDRED EIGHTEEN AND 81/100 DOLLARS ($118.81).

That the Debtor, any creditor or party in interest may file an answer, objection, request for hearing, other responsive pleading, on or before November 25, 2019 (21 days) with the Clerk, U.S. Bankruptcy Court, 400 Washington Street, Reading, Pennsylvania 19601, and serve a copy on the Debtor's Counsel, whose name and address appear below.

If no objection is filed to the Application on or before November 25, 2019 (21 days), Applicant shall file a Certification of No Objection and the matter then may be decided by the Court without hearing.

Dated: 11/4/19                Signed: /s/ Everett Cook
                              By: Everett Cook, Esq.
                              The Law Offices of Everett Cook, P.C.
                              2309 MacArthur Road
                              Whitehall, PA, 18052
                              Bar I.D. #202039
                              Phone: (610) 351-3566
                              Fax:   (610) 351-3556