# UNITED STATES BANKRUPCTY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Amie Naradko               :          **Chapter 13**
                    **Debtors.**       :          **No: 18-14427ref**
                                       :

## CERTIFICATE OF NO RESPONSE TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Everett Cook, Esquire, attorney for the above-named debtor do hereby certify that I have not received nor am I aware of any response to the Notice of Application, Application and proposed Order from any party whatsoever.

Dated: 11/25/19

                    Signed:/s/ Everett Cook
                          By: Everett Cook, Esq.
                          **The Law Offices of Everett Cook, P.C.**
                          2309 MacArthur Road
                          Whitehall, PA, 18052

                          Phone: (610) 351-3566
                          Fax:    (610) 351-3556