# UNITED STATES BANKRUPCTY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **Amie L. Naradko** : | **Chapter 13** |
| | Debtors.    : | No:  18-14427ref |
| | : | |

## ORDER

**AND NOW**, upon consideration of Debtor's Counsel's Application for Allowance of Compensation Pursuant to §331 of the United States Bankruptcy Code ("Application"):

IT IS HEREBY **ORDERED** that the Application is **GRANTED**. Compensation of $4,851.67.00 and reimbursement of expenses of $118.80 are **ALLOWED**. The Trustee may pay the allowed amounts, less $3000.00 received pre-petition as an administrative expense to the extent provided for in the confirmed plan.

Date:  12/2/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**