| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-14427-PMM

AMIE L NARADKO  
4253 HOWERTOWN RD  
NORTHAMPTON  PA    18067-9437

Petition Filed Date: 07/02/2018  
341 Hearing Date: 08/21/2018  
Confirmation Date: 10/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $200.00 | | 01/30/2019 | $185.00 | | 03/04/2019 | $200.00 | |
| 04/01/2019 | $200.00 | | 05/14/2019 | $1,678.96 | | 07/08/2019 | $669.48 | |
| 08/05/2019 | $700.00 | | 09/10/2019 | $670.00 | Monthly Plan P | 09/13/2019 | $340.00 | Automatic Payr |
| 09/27/2019 | $340.00 | Automatic Payr | 10/11/2019 | $340.00 | | 10/25/2019 | $340.00 | |
| 11/12/2019 | $400.00 | | 11/22/2019 | $400.00 | | 12/09/2019 | $400.00 | |
| 12/26/2019 | $400.00 | | 01/06/2020 | $400.00 | | 01/17/2020 | $400.00 | |
| 01/31/2020 | $400.00 | | 02/14/2020 | $400.00 | | 02/28/2020 | $400.00 | |
| 03/13/2020 | $400.00 | | 03/27/2020 | $400.00 | | 04/10/2020 | $400.00 | |
| 04/24/2020 | $400.00 | | 05/08/2020 | $400.00 | | 05/22/2020 | $400.00 | |
| 06/05/2020 | $400.00 | | 06/19/2020 | $400.00 | | 07/06/2020 | $400.00 | |
| 07/17/2020 | $400.00 | | 07/31/2020 | $400.00 | | | | |

**Total Receipts for the Period:  $13,863.44    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $14,563.44**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $1,970.48 | $1,970.48 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Creditors | $365.58 | $365.58 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  01U | Unsecured Creditors | $63.48 | $0.00 | $63.48 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  002 | Unsecured Creditors | $1,370.00 | $0.00 | $1,370.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  003 | Unsecured Creditors | $123.39 | $0.00 | $123.39 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | JH PORTFOLIO DEBT EQUITIES LLC<br>»»  005 | Unsecured Creditors | $10,697.17 | $0.00 | $10,697.17 |
| 7 | FREEDOM MORTGAGE CORPORATION<br>»»  06A | Mortgage Arrears | $30,132.09 | $9,686.04 | $20,446.05 |
| 8 | FREEDOM MORTGAGE CORPORATION<br>»»  06B | Secured Creditors | $1,461.00 | $469.67 | $991.33 |

**Chapter 13 Case No. 18-14427-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,563.44 | Current Monthly Payment: | $726.41 |
| Paid to Claims: | $12,491.77 | Arrearages: | ($1,359.01) |
| Paid to Trustee: | $1,351.67 | Total Plan Base: | $37,175.96 |
| Funds on Hand: | $720.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.