Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 18-14427-PMM**

AMIE L NARADKO  
4253 HOWERTOWN RD  
NORTHAMPTON  PA    18067-9437

Petition Filed Date: 07/02/2018  
341 Hearing Date: 08/21/2018  
Confirmation Date: 10/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $400.00 | | 01/17/2020 | $400.00 | | 01/31/2020 | $400.00 | |
| 02/14/2020 | $400.00 | | 02/28/2020 | $400.00 | | 03/13/2020 | $400.00 | |
| 03/27/2020 | $400.00 | | 04/10/2020 | $400.00 | | 04/24/2020 | $400.00 | |
| 05/08/2020 | $400.00 | | 05/22/2020 | $400.00 | | 06/05/2020 | $400.00 | |
| 06/19/2020 | $400.00 | | 07/06/2020 | $400.00 | | 07/17/2020 | $400.00 | |
| 07/31/2020 | $400.00 | | 08/14/2020 | $400.00 | | 08/28/2020 | $400.00 | |
| 09/14/2020 | $400.00 | | 09/25/2020 | $400.00 | | 10/09/2020 | $400.00 | |
| 10/23/2020 | $400.00 | | 11/06/2020 | $400.00 | | 11/20/2020 | $400.00 | |
| 12/04/2020 | $400.00 | | 12/18/2020 | $400.00 | | 01/05/2021 | $400.00 | |
| 01/15/2021 | $400.00 | | 01/29/2021 | $400.00 | | 02/12/2021 | $400.00 | |
| 03/01/2021 | $400.00 | | 03/12/2021 | $400.00 | | 03/26/2021 | $400.00 | |
| 04/09/2021 | $400.00 | | 04/23/2021 | $400.00 | | 05/07/2021 | $400.00 | |
| 05/21/2021 | $400.00 | | 06/02/2021 | $9,992.00 | | 06/07/2021 | $400.00 | |

**Total Receipts for the Period:  $25,192.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $33,355.44**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $1,970.48 | $1,970.48 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »»  01P | Priority Creditors | $365.58 | $365.58 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »»  01U | Unsecured Creditors | $63.48 | $0.00 | $63.48 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »»  002 | Unsecured Creditors | $1,370.00 | $0.00 | $1,370.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »»  003 | Unsecured Creditors | $123.39 | $0.00 | $123.39 |
| 5 | CAPITAL ONE AUTO FINANCE »»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | JH PORTFOLIO DEBT EQUITIES LLC »»  005 | Unsecured Creditors | $10,697.17 | $0.00 | $10,697.17 |
| 7 | FREEDOM MORTGAGE CORPORATION »»  06A | Mortgage Arrears | $30,132.09 | $17,754.82 | $12,377.27 |
| 8 | FREEDOM MORTGAGE CORPORATION »»  06B | Secured Creditors | $1,461.00 | $860.89 | $600.11 |

**Chapter 13 Case No. 18-14427-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,355.44 | Current Monthly Payment: | $726.41 |
| Paid to Claims: | $20,951.77 | Arrearages: | ($12,886.91) |
| Paid to Trustee: | $3,050.87 | Total Plan Base: | $37,382.75 |
| Funds on Hand: | $9,352.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.