**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Amie L. Naradko, | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | Bky. No. 18-14427  (PMM) |

-------------------------------------------------------------------------------------

## ORDER VACATING DISCHARGE AND CLOSING CASE WITHOUT THE ENTRY OF DISCHARGE

**AND NOW**, upon consideration of the Order entered on April 18, 2022 which discharged the Debtor (doc. # 64, the "Discharge Order");

BUT the Debtor not having filed a certification with regard to domestic support obligations, see 11 U.S.C. §1328(a) (the "DSO Certification");

AND on January 25, 2022, notice having been given that failure to file the DSO Certification may result in the closing of this case without the entry of a discharge, doc. #59;

AND the Discharge Order having thus been entered inadvertently;

It is hereby **ordered** that:

1) The Discharge Order is **vacated**;

2) This Bankruptcy Case is **closed without entry of discharge**.

Dated: 5/20/22

_Patricia M. Mayer_
───────────────────────
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE