United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                        Case No. 18-14427-pmm

Amie L. Naradko                                  Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                          Page 1 of 3

Date Rcvd: May 20, 2022                 Form ID: pdf900                               Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Amie L. Naradko, 4253 Howertown Rd, Northampton, PA 18067-9437 |
| 14646024 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14160149 | | Brian McCann, %East Coast Power Volley Ball, 320 S Henderson Rd, King of Prussia, PA 19406-2423 |
| 14160154 | | Citibank N.A., %JH Portfolio Debt Equi Attn: Bankruptcy, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14160157 | | Freedom Mortgage, PO Box 89486, Cleveland, OH 44101-6486 |
| 14286966 | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14646135 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14383692 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14165066 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14160159 | | Lehigh Valley Hospital- Muhlen, %Mba Law Offices/ Capio Attn: Bankruptcy, PO Box 3498, Sherman, TX 75091-3498 |
| 14160163 | + | Medical Imaging of Lehigh Valley, %Accounts Receivable Management Services, 2727 Philmont Ave Ste 100, Huntingdon Valley, PA 19006-5398 |
| 14160164 | | Pa. Dept. of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14160166 | + | Specialists Epgi Gastr, %First Federal Cred & Coll, 24700 Chagrin Blvd Ste 205, Cleveland, OH 44122-5662 |
| 14160167 | | United Anes Serv PC, PO Box 828962, Philadelphia, PA 19182-8962 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 20 2022 23:56:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 20 2022 23:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 21 2022 00:04:39 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14160148 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 20 2022 23:56:00 | Berks Credit & Collections, Inc., for Louis Hansrote MD, PO Box 329, Temple, PA 19560-0329 |
| 14160150 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 21 2022 00:04:35 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14171737 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 21 2022 00:04:34 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 14160151 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 21 2022 00:04:35 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14181266 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2022 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14163111 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 21 2022 00:04:34 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| | | | May 21 2022 00:04:34 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14160156 | | Email/Text: jill@ffcc.com | May 20 2022 23:56:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122-5647 |
| 14160155 | | Email/Text: bankruptcy@collectioncentral.com | May 20 2022 23:56:00 | First Credit Inc., PO Box 630838, Cincinnati, OH 45263-0838 |
| 14194394 | | Email/Text: Bankruptcy@Freedommortgage.com | May 20 2022 23:56:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14160152 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 21 2022 00:04:45 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14160153 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 21 2022 00:04:39 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 14160158 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | May 20 2022 23:56:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14160161 | | Email/Text: mmrgbk@miramedrg.com | May 20 2022 23:56:00 | M2 Revenue Group, Dept 77313, PO Box 77000, Detroit, MI 48277-2000 |
| 14160162 | | Email/Text: bnc-capio@quantum3group.com | May 20 2022 23:56:00 | Mba Law Offices/Capio, 3400 Texoma Pkwy Ste 100, Sherman, TX 75090-1916 |
| 14162380 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14185275 | | Email/Text: bnc-quantum@quantum3group.com | May 20 2022 23:56:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14170291 | | Email/Text: bnc-quantum@quantum3group.com | May 20 2022 23:56:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14646025 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14160160 | * | Lehigh Valley Hospital- Muhlen, %Mba Law Offices/capio Attn: Bankruptcy, PO Box 3498, Sherman, TX 75091-3498 |
| 14160165 | ## | Penn Credit Corporation, PO Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2022           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| JOHN EVERETT COOK | on behalf of Debtor Amie L. Naradko bankruptcy@everettcooklaw.com G29494@notify.cincompass.com |
| KEVIN G. MCDONALD | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

                          Certificate of Notice    Page 4 of 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Amie L. Naradko, | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | Bky. No. 18-14427 (PMM) |

---

## ORDER VACATING DISCHARGE AND CLOSING CASE WITHOUT THE ENTRY OF DISCHARGE

**AND NOW**, upon consideration of the Order entered on April 18, 2022 which discharged the Debtor (doc. # 64, the "Discharge Order");

BUT the Debtor not having filed a certification with regard to domestic support obligations, see 11 U.S.C. §1328(a) (the "DSO Certification");

AND on January 25, 2022, notice having been given that failure to file the DSO Certification may result in the closing of this case without the entry of a discharge, doc. #59;

AND the Discharge Order having thus been entered inadvertently;

It is hereby **ordered** that:

1)      The Discharge Order is **vacated**;

2)      This Bankruptcy Case is **closed without entry of discharge**.

Dated: 5/20/22

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**