United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Amie L. Naradko  
    Debtor

Case No. 18-14427-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 07, 2022 | Form ID: 206 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Amie L. Naradko, 4253 Howertown Rd, Northampton, PA 18067-9437 |
| 14646024 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14160149 | | Brian McCann, %East Coast Power Volley Ball, 320 S Henderson Rd, King of Prussia, PA 19406-2423 |
| 14160154 | | Citibank N.A., %JH Portfolio Debt Equi Attn: Bankruptcy, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14160157 | | Freedom Mortgage, PO Box 89486, Cleveland, OH 44101-6486 |
| 14646135 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14286966 | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14383692 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14165066 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14160159 | | Lehigh Valley Hospital- Muhlen, %Mba Law Offices/ Capio Attn: Bankruptcy, PO Box 3498, Sherman, TX 75091-3498 |
| 14160163 | + | Medical Imaging of Lehigh Valley, %Accounts Receivable Management Services, 2727 Philmont Ave Ste 100, Huntingdon Valley, PA 19006-5398 |
| 14160164 | | Pa. Dept. of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14160166 | + | Specialists Epgi Gastr, %First Federal Cred & Coll, 24700 Chagrin Blvd Ste 205, Cleveland, OH 44122-5662 |
| 14160167 | | United Anes Serv PC, PO Box 828962, Philadelphia, PA 19182-8962 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 07 2022 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 07 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 07 2022 23:56:11 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14160148 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jun 07 2022 23:58:00 | Berks Credit & Collections, Inc., for Louis Hansrote MD, PO Box 329, Temple, PA 19560-0329 |
| 14160150 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 07 2022 23:56:07 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14171737 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 07 2022 23:56:07 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 14160151 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 07 2022 23:56:07 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14181266 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 18-14427-pmm  Doc 69  Filed 06/09/22  Entered 06/10/22 00:31:10  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2022 | Form ID: 206 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14163111 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 07 2022 23:56:03 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| | | | Jun 07 2022 23:56:11 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14160156 | | Email/Text: jill@ffcc.com | Jun 07 2022 23:58:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122-5647 |
| 14160155 | | Email/Text: bankruptcy@collectioncentral.com | Jun 07 2022 23:58:00 | First Credit Inc., PO Box 630838, Cincinnati, OH 45263-0838 |
| 14194394 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 07 2022 23:58:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14160152 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 07 2022 23:56:03 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14160153 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 07 2022 23:56:03 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 14160158 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jun 07 2022 23:58:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14160161 | | Email/Text: mmrgbk@miramedrg.com | Jun 07 2022 23:58:00 | M2 Revenue Group, Dept 77313, PO Box 77000, Detroit, MI 48277-2000 |
| 14160162 | | Email/Text: bnc-capio@quantum3group.com | Jun 07 2022 23:58:00 | Mba Law Offices/Capio, 3400 Texoma Pkwy Ste 100, Sherman, TX 75090-1916 |
| 14162380 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14185275 | | Email/Text: bnc-quantum@quantum3group.com | Jun 07 2022 23:58:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14170291 | | Email/Text: bnc-quantum@quantum3group.com | Jun 07 2022 23:58:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14646025 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14160160 | * | Lehigh Valley Hospital- Muhlen, %Mba Law Offices/capio Attn: Bankruptcy, PO Box 3498, Sherman, TX 75091-3498 |
| 14160165 | ## | Penn Credit Corporation, PO Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:**

**Name**   **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

JOHN EVERETT COOK
    on behalf of Debtor Amie L. Naradko bankruptcy@everettcooklaw.com  G29494@notify.cincompass.com

KEVIN G. MCDONALD
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Amie L. Naradko                                    Case No: 18−14427−pmm

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 6/7/22

For The Court

Timothy B. McGrath
Clerk of Court

68
Form 206